UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NEGASH MALEDE,** : | |
| Petitioner : | CIVIL ACTION NO. 3:20-0217 |
| v. : | (JUDGE MANNION) |
| : | |
| **CATRICIA HOWARD,** : | |
| Respondent : | |
| : | |

### ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

**DATE: February 9, 2021**
20-0217-01